# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RBX CAPITAL, LP, *Plaintiff(s),* v. XORAX FAMILY TRUST, ZEESHAN SAEED, and REHAN SAEED, *Defendant(s).* | CIVIL ACTION NO. 21-3774 |

## ORDER

**AND NOW**, this 28th day of September 2022, upon consideration of Xorax's Motion for Judgment on the Pleadings (ECF 17), and all responses thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.