# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RBX CAPITAL, LP,

    *Plaintiff,*

v.

XORAX FAMILY TRUST,

    *Defendant.*

CIVIL ACTION

NO. 21-3774

## ORDER

**AND NOW**, this 8th day of May, 2023, upon consideration of Xorax Family Trust's Motion for Summary Judgment, (ECF 30), RBx Capital's Response, (ECF 31), Xorax's Reply, (ECF 33), and the parties' supplemental letter briefing (ECF 39, 40), and after hearing oral argument on the Motion, (ECF 35, 37), it is hereby **ORDERED** that Xorax Family Trust's Motion is **GRANTED**. Judgment is entered in favor of Xorax. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.